UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT BRENNAN, <br><br> Plaintiff, <br><br> v. <br><br> CAROLYN COLVIN, Acting Commissioner of Social Security, <br><br> Defendant. | C.A. No. 14-10602-JLT |

## ORDER

YOUNG, J.

In an order (#5) dated March 10, 2014, the Court directed the plaintiff to pay the $400 filing fee or seek leave to proceed <u>in forma pauperis</u> within 21 days. The order stated that failure to do so could result in dismissal of this action. The Court later granted the plaintiff's motion to extend the deadline to April 21, 2014.

The deadline has passed without any response from the plaintiff (represented by Attorney Michael J. Kelley). Accordingly, this action is DISMISSED WITHOUT PREJUDICE for failure to pay the filing fee.

IT IS SO ORDERED.

 5/19/2014                                /s/ William G. Young
DATE                                     UNITED STATES DISTRICT JUDGE